IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:02cr34-SPM

MICHAEL WHITE,

      Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant Michael White's motion to reduce sentence under 18 U.S.C. §3582(c) and the retroactive crack cocaine amendment.

Upon review, the Court finds that Defendant is not entitled to a sentence reduction. Application of the amendment results in no change to Defendant's sentencing range, which was determined by the career offender enhancement. Accordingly, it is

ORDERED AND ADJUDGED that the motion for reduction of sentence (doc. 34) is denied.

DONE AND ORDERED this 28th day of May, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge